UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

          v.          Civil No. 08-mc-88-JD

<u>Peter R. Maggio</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 14, 2009, recommending that it the taxpayer, Peter R. Maggio, be ordered to obey the summons and that he be ordered to appear on March 2, 2009 at 10:00 a.m. at 1000 Elm Street, Manchester, NH at 10:00 a.m. before Diane Saylor, to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of August 7, 2008. It is further recommended that the government be awarded its costs.

      SO ORDERED.

February 3, 2009          /s/Joseph A. DiClerico, Jr.
                                           Joseph A. DiClerico, Jr.
                                           United States District Judge

cc:    Michael T. McCormack, ausa
        Peter R. Maggio