**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                                                                  Case No. 08-mc-88-JD

Peter R. Maggio

ORDER REQUIRING
RESPONDENT TO COMPLY WITH IRS SUMMONS

    1.  The United States of America filed a Petition to Enforce IRS Summons on November 25, 2008.

    2.  A show cause hearing was held on January 14, 2009, at which Respondent failed to appear.

    3.  A Report and Recommendation was issued, which was adopted by the Court on February 3, 2009, directing Mr. Maggio to appear before the IRS on March 2, 2009 and to comply with the underlying summons.

    4.  Due to weather conditions on March 2, 2009, the IRS Office in Manchester, New Hampshire, where Mr. Maggio was ordered to appear, was closed.  Revenue Office Diane Saylor has received no type of communication from Mr. Maggio indicating that he attempted to meet with her as ordered.  However, in fairness to Respondent Maggio, the Court enters a second order directing Mr. Maggio to appear to comply with the August 7, 2008 summons.

5.   Peter R. Maggio is directed to appear on April 1, 2009, at 9:00 a.m., at 1000 Elm Street, Manchester, New Hampshire, before Revenue Officer Diane Saylor, or any other authorized representative of the Internal Revenue Service, and to give testimony and produce all books and records in his possession or control required and called for by the terms of the August 7, 2008 summons.  A copy of the order will be served on Respondent.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: March 6, 2009

cc:   Gretchen Leah Witt, Esq.